**No. 10-9840. Sidney Glennard Hines, Petitioner v. United States.**

563 U.S. 982, 131 S. Ct. 2892, 179 L. Ed. 2d 1201, 2011 U.S. LEXIS 3467.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 395 Fed. Appx. 316.